

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 10, 2024

The request is GRANTED.  Counsel's appearance in this case is hereby terminated.

DATE: June 11, 2024

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *United States. v. Hector Colon*, 24 Cr. 367 (LJL)

Dear Judge Liman:

      The Government respectfully submits this letter to inform the Court that the undersigned Government counsel will not be working on the above-captioned case or appearing before this Court in connection with this case.  Accordingly, the Government requests that the undersigned Government counsel's appearance in this case be terminated.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: _____
      Meredith C. Foster
      Assistant United States Attorney
      (212) 637-2310