

September 22, 2024

Via ECF

Hon. Lewis J. Liman, U.S.D.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **REQUEST GRANTED.**
> The Court approves the modification to Mr. Colon's bail conditions to allow him to travel to the District of Connecticut as proposed.
>
> 9/23/2024    SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

    Re:    USA vs Hector Colon
            Indictment 24-cr-367

Dear Judge Liman:

    I am seeking a modification of Mr. Colon's bail conditions to expand his allow him to travel to the District of Connecticut in addition to the Southern District of New York and the District of New Jersey. The reason for this request is to allow Mr. Colon to visit with family in Connecticut without the need to obtain pre-travel approval.

    Ms. Evelyn Alvayero of USPTS and AUSA Fiddelman have indicated that they do not object to this bail modification request.

    Your Honor's approval of this bail modification request would be greatly appreciated by Mr. Colon.

                                Respectfully yours,

                                */s/Thomas Ambrosio*
                                Thomas Ambrosio

cc:    Hector Colon (via email)

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com

_____
750 Valley Brook Avenue │ Lyndhurst │ New Jersey 07071 │ 201.935.3005 │ 201.935.7667 ∞ fax
tambrosio@legal750.com