```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :
          -v-                                          :     24-cr-367 (LJL)
                                                       :
HECTOR COLON,                                          :     ORDER
                                                       :
                    Defendant.                         :
                                                       :
-------------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/24
```

LEWIS J. LIMAN, United States District Judge:

The Court has attached a planned verdict form for use in this trial.

SO ORDERED.

Dated: November 18, 2024
       New York, New York                        _____
                                                      LEWIS J. LIMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>HECTOR COLON,<br><br>Defendant. | 24-cr-367 (LJL) |

**JURY VERDICT**

Please indicate each of your verdicts with a check mark (✓)

**COUNT ONE: Solicitation or Acceptance of a Bribe by an Agent of an Organization Receiving Federal Funds**

1. How do you find the defendant Hector Colon with respect to Count One?

    Not Guilty \_\_\_\_\_        Guilty \_\_\_\_\_

**COUNT TWO: Extortion Under Color of Official Right**

2. How do you find the defendant Hector Colon with respect to Count Two?

    Not Guilty \_\_\_\_\_        Guilty \_\_\_\_\_

_____        _____
            Foreperson                                     Date

_____        _____

_____        _____

_____        _____

_____        _____

_____