UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

HECTOR COLON,

        Defendant.

24-cr-367 (LJL)

## JURY VERDICT

Please indicate each of your verdicts with a check mark (✓)

**COUNT ONE: Solicitation or Acceptance of a Bribe by an Agent of an Organization Receiving Federal Funds**

1. How do you find the defendant Hector Colon with respect to Count One?

    Not Guilty \_\_\_\_\_    Guilty  ✓

**COUNT TWO: Extortion Under Color of Official Right**

2. How do you find the defendant Hector Colon with respect to Count Two?

    Not Guilty \_\_\_\_\_    Guilty  ✓

_[Signature]_       11/22/2024
Foreperson      Date

_[Signatures of jurors]_