

February 20, 2025

Hon. Lewis J. Liman, U.S.D.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**REQUEST GRANTED.**
The Sentencing hearing previously set for March 6, 2025 is rescheduled to April 22, 2025 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

2/21/2025   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   USA vs Hector Colon, 24-cr-367

Dear Judge Liman:

    Hector Colon is scheduled to be sentenced on March 5, 2025. I am respectfully requesting at least a six-week adjournment of his sentencing and all related disclosure dates. Mr. Colon's presentence interview did not take place until February 3, 2025 because I was on trial until January 28, 2025. The draft Presentence report has not been filed as of today.

    Your Honor's granting of this adjournment request would be greatly appreciated.

    Respectfully yours,

    */s/Thomas Ambrosio*
    Thomas Ambrosio

---