

April 8, 2025

Hon. Lewis J. Liman, U.S.D.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **REQUEST GRANTED.**
> The Sentencing hearing previously set for April 22, 2025 is rescheduled to May 6, 2025 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 4/9/2025    SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

Re:    USA vs Hector Colon, 24-cr-367

Dear Judge Liman:

    Hector Colon is scheduled to be sentenced on April 15, 2025. I am respectfully requesting a two-week adjournment of his sentencing. His sentencing submission is due today. I was unable to complete his sentencing submission because I have been working on pretrial motions on a RICO murder case. Jacob Fiddelman, AUSA consents to my request for a sentencing adjournment on behalf of the Government.

    Your Honor's granting of this adjournment request would be greatly appreciated.

                            Respectfully yours,

                            */s/Thomas Ambrosio*
                            Thomas Ambrosio

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com