

July 7, 2025

Via ECF

Hon. Lewis J. Liman, U.S.D.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSEMENT.**
The Court denies the request as moot.

7/7/2025   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   USA vs Hector Colon, 24-cr-367

Dear Judge Liman:

    Hector Colon was ordered by Your Honor to surrender for service of his sentence at the institution designated by the Bureau of Prisons before 2 p.m. on July 8, 2025 as notified by the United States Marshal.

    Neither Mr. Colon nor I have been notified of his designated federal prison. I have been unable to make contact with any person at the Bureau of Prisons to obtain Mr. Colon's designation.

    I am respectfully requesting that his surrender date be postponed for three weeks. I do not want Mr. Colon to have to surrender to MDC Brooklyn because I am concerned his mental health issues will not be properly addressed if he is required to surrender at that facility.

    Respectfully yours,

    /s/Thomas Ambrosio
    Thomas Ambrosio

cc:   All Counsel via ECF